IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARTIN GRELLE                              )
_____   )
                                                         )
                    vs.                                )     Civil Action No.  25-cv-01432
CHEN JIAN MORNING POSTER, ET AL.  )
_____   )
                                                         )

**MOTION FOR ADMISSION *PRO HAC VICE* OF** Jiyuan Zhang _____ [Affiant]

Jiyuan Zhang _____ [Affiant], undersigned counsel for [Plaintiff/Defendant] Defendants in Group A (Ex. A) _____, hereby moves that Jiyuan Zhang _____ [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Defendants in Group A (Ex. A) _____ in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                                               Respectfully submitted,

Dated: January 23, 2026                                        /s/ Jiyuan Zhang
                                                                               [Affiant's name] (Bar. ID NO. 570741  )
                                                                               [Affiant's Address/Contact Details]

                                                                               *Counsel for*  Defendants in Group A

# EXHIBIT A

## Group A Defendants

| Store Names |
| --- |
| Beautiful poster house |
| Artful Decor Vision |
| Artful Livin Wall Wonders Aesthetic Haven |
| Renaissance Rewind |
| Canvas Classics |
| Vivid Prints |
| A nice poster |
| Unique posters |
| NB poster |
| Magical posters |
| super oil painting |
| A big oil painting shop |
| Oil painting lll |
| Family Decor Art poster |
| Home of Posters |
| Free spirit posters |
| Dream Poster Gallery |
| Wonderful unique poster |
| Personalized decorative painting |
| posters ONE |
| Blooming means blooming |
| Holiday decoration posters |

| |
|---|
| one apple poster |
| poster draw |
| Pictures on the wall |
| apple poster |
| Hlajiao Poster |
| Cold Wind Poster |
| quan yun poster |
| quanquan poster |
| qiqiposter |
| liuliuposter |
| King poster |
| Mamba Poster |
| MLi Poster |
| Canvas Classics One |
| TinkLike poster |
| Zeniy poster |
| Yumi poster |