# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRELLE,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHEN JIAN MORNING POSTER, et al.,<br><br>　　　　　Defendants, | Case No.:2:25-cv-01432<br><br>**Hon. Chief Judge Cathy Bissoon**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Jiyuan Zhang, and the supporting affidavit, it is hereby ORDERED as follows:

1. The Motion is GRANTED.
2. Jiyuan Zhang is admitted to appear *pro hac vice* in this matter on behalf of Defendants, identified in the attached list (hereinafter referred to as the "Group A Defendants" or "Defendants").
3. Counsel shall comply with all applicable rules, including Local Civil Rules 83.2 and 83.3.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Chief Judge Cathy Bissoon
　　　　　　　　　　　　　　　　　　　United States District Judge

# EXHIBIT A

## Group A Defendants

| Store Names |
| --- |
| Beautiful poster house |
| Artful Decor Vision |
| Artful Livin Wall Wonders Aesthetic Haven |
| Renaissance Rewind |
| Canvas Classics |
| Vivid Prints |
| A nice poster |
| Unique posters |
| NB poster |
| Magical posters |
| super oil painting |
| A big oil painting shop |
| Oil painting lll |
| Family Decor Art poster |
| Home of Posters |
| Free spirit posters |
| Dream Poster Gallery |
| Wonderful unique poster |
| Personalized decorative painting |
| posters ONE |
| Blooming means blooming |
| Holiday decoration posters |

| |
|---|
| one apple poster |
| poster draw |
| Pictures on the wall |
| apple poster |
| Hlajiao Poster |
| Cold Wind Poster |
| quan yun poster |
| quanquan poster |
| qiqiposter |
| liuliuposter |
| King poster |
| Mamba Poster |
| MLi Poster |
| Canvas Classics One |
| TinkLike poster |
| Zeniy poster |
| Yumi poster |