IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN GRELLE, | |
| Plaintiff, | Civil Action No. 25-cv-1432 |
| v. | |
| CHEN JIAN MORNING POSTER, *et al.*, | Judge Bissoon |
| Defendants. | |

**MOTION FOR DEFAULT JUDGEMENT**

In accordance Federal Rule of Civil Procedure 55(b)(2), Plaintiff respectfully submits this Motion for Default Judgment against the defaulting Defendants set forth on Amended Schedule "A" attached hereto. The grounds for this Motion are set forth in the accompanying Memorandum in Support. Some Defendants have responded and are not included on the attached Amended Schedule "A"; therefore, this Default Judgment, if granted, will not close the case.

Plaintiff respectfully requests the following relief from the Court: (1) a statutory damage award of $150,000.00 against each individual Defendant, severally and individually, for its intentional copyright infringement; (2) an order authorizing the release and transfer of Defendants' assets from the accounts frozen by this Court's previous orders to satisfy the damages, in whole or in part, awarded to Plaintiff and requiring the payment of future amounts paid into each Defendant's accounts until the judgment against that Defendant is paid in full; and a (3) permanent injunction preventing Defendants from infringing Plaintiff's intellectual property rights in the future. A proposed Order granting the relief sought is submitted herewith.

Plaintiff does not believe it is necessary for the Court to hold a hearing on this Motion, and the Motion may be decided on the papers. Courts in our district have entered default

judgments in similar cases based upon the papers and without holding a hearing. *See Osprey, LLC v. Alfie Pet*, No. 21-cv-790 [Doc. No. 43] (W.D. Pa. July 28, 2022) (default judgment entered without a hearing); *Osprey, LLC v. Alladinbox*, No. 21-cv-1095 [Doc. No. 39] (W.D. Pa. July 21, 2022) (same); *BBC Studios Distribution Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 22-cv-1441 (N.D. Ill. July 20, 2022) (same); *Airigan Solutions, LLC v. Belvia*, No. 20-cv-284 [Doc. No. 35] (W.D. Pa. April 22, 2020) (same). Court in other districts have also entered judgment without hearings. *See, e.g.*, *Apple Corps. Limited v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 19-cv-62853 (S.D. Fla. Feb. 13, 2020) (default judgment entered without a hearing); *Chanel, Inc. v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 19-cv-61416 (S.D. Fla. Aug. 12, 2019) (same).

                Respectfully submitted,

Dated: January 26, 2026                /s/ Stanley D. Ference III
                                          Stanley D. Ference III
                                          Pa. ID No. 59899
                                          courts@ferencelaw.com

                                          FERENCE & ASSOCIATES LLC
                                          409 Broad Street
                                          Pittsburgh, Pennsylvania 15143
                                          (412) 741-8400 – Telephone
                                          (412) 741-9292 – Facsimile

                                          Attorneys for Plaintiff