IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN GRELLE,<br><br>Plaintiff,<br><br>v.<br><br>CHEN JIAN MORNING POSTER, et al.,<br><br>Defendants. | Civil Action No. 25-cv-1432<br><br>(Judge Bissoon) |

## MOTION TO MODIFY ASSET RESTRAINT FOR CERTAIN DEFENDANTS

Plaintiff Martin Grelle ("Plaintiff") moves this Court for entry of an order modifying the asset restraint solely as it relates to the Defendants identified below.

On September 24, 2025, Plaintiff filed the above-captioned lawsuit against the entities identified in Schedule A to the Complaint for copyright infringement. [Dkt No. 2]. This Court entered a temporary restraining order ("TRO") against the Defendants on November 12, 2025 [Dkt. No. 22], and subsequently converted the TRO to a preliminary injunction on January 27, 2026. [Dkt. No. 47]. The TRO and preliminary injunction include provisions to restrain funds in Defendants' financial accounts held by the online marketplaces.

Plaintiff has filed a Motion for Default Judgment that is currently pending. Plaintiff, however, has settled with a number of the Defendants that are not the subject of the Default Judgment Motion (the "Settling Defendants"). Once default judgment has been entered against the non-settling Defendants, Plaintiff intends to dismiss the action against the Settling Defendants. In the interim, Plaintiff respectfully requests that the Court enter an Order lifting the asset restraint against the Settling Defendants. These Settling Defendants are listed below:

| Defendant No. | Seller Name |
|---|---|
| 15 | Super HD poster |
| 27 | shan Promotion poster |
| 37 | Sea Wall Art Poster |
| 55 | wen zhui |
| 34 | zhi hao Weight poster |
| 36 | hai bin Colorful poster |
| 61 | Sky Wall Art Poster |
| 94 | hefeipangsafandianzishangwuyouxiangongsi |
| 227 | Visual poster |
| 202 | Style poster |

A proposed Order granting the requested relief is submitted herewith.

Respectfully submitted,

Dated: February 9, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff